District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance of:<br><br>CORBIERE LIMITED, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>KE XU<br>       Defendant. | CASE NO. 18-mc-89 RSL<br><br>ORDER APPOINTING COMMISSIONER PURSUANT TO 28 U.S.C. § 1782 |

  Upon application of the United States of America, on behalf of the High Court of Justice, Chancery Division in London, England, seeking information from Microsoft Corporation who resides within the jurisdiction of this Court, for use in a judicial proceeding in the United Kingdom and the Court having read the Letter of Request (Exhibits A and B to the Declaration of Christina Fogg, Dkts. # 1-2 and # 1-3) from the High Court of Justice, Chancery Division in London, England and being fully informed in the premises, it is hereby

  ORDERED, pursuant to the authority contained in 28 U.S.C. § 1782 that Christina Fogg, Assistant United States Attorney for the Western District of Washington, is hereby appointed as Commissioner to take such steps as are necessary to obtain information from Microsoft Corporation

Order Appointing Commissioner
Pursuant to 28 U.S.C. § 1782 - 1
Case No. 18-mc-89 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in conformity with the legally-permissible portions of the Letter of Request (as set forth in Exhibit C to the Declaration of Christina Fogg, Dkt. # 1-4), to certify the information provided by Microsoft Corporation in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated this 7th day of September, 2018.

*ROBERT S. LASNIK*
United States District Court Judge

Order Appointing Commissioner
Pursuant to 28 U.S.C. § 1782 - 2
Case No. 18-mc-89 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970